# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| THIS DOCUMENT RELATES TO: | |
| VICKIE G. McCLOSKEY and MARK McCLOSKEY, | Case No: 2:14-cv-03784 |
|     Plaintiffs, | |
|     v. | |
| C. R. BARD, INC., | |
|     Defendant. | |

### DEFENDANT C. R. BARD, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST VICKIE G. McCLOSKEY AND MARK McCLOSKEY

PLEASE TAKE NOTICE that upon Defendant C. R. Bard, Inc.'s ("Bard") Motion for Partial Summary Judgment in the above-captioned matter, the exhibits annexed thereto, the supporting Memorandum of Law, and all other papers and pleadings on file in this action, Bard will move this Court before the Honorable Joseph R. Goodwin, United States District Judge, in the Robert C. Byrd United States Courthouse, located at 7009 300 Virginia Street East, Charleston, West Virginia 25301, for (i) an Order granting partial summary judgment in Bard's favor as to the causes of action identified in the supporting Memorandum of Law, and (ii) such

other and further relief as the Court deems just and proper.

Dated: Princeton, New Jersey
January 9, 2015

        **REED SMITH LLP**

        **/s/ Daniel K. Winters**
Daniel K. Winters
599 Lexington Avenue
22nd Floor
New York, NY 10022
(212) 521-5400 *Telephone*
(212) 521-5450 *Facsimile*
Email: dwinters@reedsmith.com

Michael K. Brown
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000 *Telephone*
(213) 457-8080 *Facsimile*
Email: mkbrown@reedsmith.com


**GREENBERG TRAURIG, LLP**

Lori G. Cohen
R. Clifton Merrell
Terminus 200
3333 Piedmont Road., N.E.
Suite 2500
Atlanta, GA 30305
(678) 553-2100 *Telephone*
(678) 553-2386 *Facsimile*
Email:  CohenL@gtlaw.com
Email:  MerrellC@gtlaw.com

*Attorneys for Defendant C. R. Bard, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    **/s/ Daniel K. Winters**
Daniel K. Winters
**REED SMITH LLP**
599 Lexington Avenue
22nd Floor
New York, NY 10022
(212) 521-5400 *Telephone*
(212) 521-5450 *Facsimile*
Email: dwinters@reedsmith.com

*Attorneys for Defendant C. R. Bard, Inc.*